**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Curtis A. BEASLEY, a/k/a Pooh,
Defendant—Appellant.**

**No. 08–7216.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 20, 2008.

Curtis A. Beasley, Appellant Pro Se. Regan Alexandra Pendleton, Assistant

---

* Although Matthews was informed of his right to file a pro se supplemental brief, he has not done so.

United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Beasley appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Beasley*, No. 6:02–cr–01358–HMH–3 (D.S.C. July 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*